# UNITED STATES BANKRUPTCY COURT

In re  RR Valve, Inc., a Texas corporation,  
    Debtor

Case No. 09-33377

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

SEE ATTACHED LIST OF CREDITORS

Date: May 14, 2009

_____  
Debtor  
Gerard Stephan Lazzara for Debtor  
RR Valve, Inc., a Texas corporation  
*[Declaration as in Form 2]*

Official Form 2
6/90

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation] [*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing [list *or* schedule *or* amendment *or* other document (describe)] and that it is true and correct to the best of my information and belief.

Sole Shareholder, Sole Director and President

Date May 14, 2009

Signature _____
Gerard Stephan Lazzara
Sole Shareholder, Sole Director
President
(Print Name and Title)

| | CREDITOR | CONTACT/PHONE | NATURE OF CLAIM | TYPE CLAIM | AMOUNT |
|---|---|---|---|---|---|
| 1 | Internal Revenue Service 2007<br>Ogden, UT  84201 | Internal Revenue Service 2007<br>Ogden, UT  84201 | RRV - IRS | | 140000 |
| 2 | Ernest Cox<br>12648 Zion Road<br>Tomball, TX  77375 | Ernest Cox<br>12648 Zion Road<br>Tomball, TX  77375<br>281 702-0085 | Business Debt<br>Personal Guarantee | | 39250 |
| 3 | Blue Chip Machine<br>2330 Wirtcrest Lane<br>Houston, TX  77055 | Blue Chip Machine<br>2330 Wirtcrest Lane<br>Houston, TX  77055<br>713 683-1555 | Business Debt<br>Personal Guarantee | | 37151 |
| 4 | Internal Revenue Service 2006<br>Ogden, UT 84201 | Internal Revenue Service 2006<br>Ogden, UT 84201 | RRV IRS | | 20000 |
| 5 | Blatt Pattern<br>C/0 Ian Cain Trust Account<br>440 Louisiana<br>Suite 530<br>Houston, TX  77002 | Blatt Pattern<br>C/0 Ian Cain Trust Account<br>440 Louisiana<br>Suite 530<br>Houston, TX  77002<br>713 223-8600 | Business Debt<br>Personal Guarantee | | 8949 |
| 6 | AFS NW Business Park<br>Evtex Management Corp<br>5200 Mitchelldale #F28<br>Houston, TX  77092 | AFS NW Business Park<br>Evtex Management Corp<br>5200 Mitchelldale #F28<br>Houston, TX  77092<br>713 957-8876 | Business Lease<br>Personal Guarantee | | 6063 |

| | | | |
|---|---|---|---|
| 7 Texas Health Ins Risk Pool<br>PO Box 660836<br>Dallas, TX  75266-0836 | Texas Health Ins Risk Pool<br>PO Box 660836<br>Dallas, TX  75266-0836<br>888 398-3927 | Business Debt<br>Personal Guarantee | 3222 |
| 8 Pure Castings<br>PO Box 6497<br>Austin, TX  78762-6497 | Pure Castings<br>PO Box 6497<br>Austin, TX  78762-6497<br>512 472-1330 | Business Debt<br>Personal Guarantee | 2825 |
| 9 Pondhop<br>802 Pinesap Dr.<br>Houston, TX  77079-4519 | Pondhop<br>802 Pinesap Dr.<br>Houston, TX  77079-4519<br>713 589-8760 | Business Debt<br>Personal Guarantee | 2470 |
| 10 Direct Energy<br>PO Box 650272<br>Dallas, TX  75265-02724 | Direct Energy<br>PO Box 650272<br>Dallas, TX  75265-02724<br>877 877-3268 | Business Debt<br>Personal Guarantee | 1226 |
| 11 Precision Fluorocarbon<br>Dept 930<br>PO Box 4346<br>Houston, TX  77210-4346 | Precision Fluorocarbon<br>Dept 930<br>PO Box 4346<br>Houston, TX  77210-4346<br>281 351-4070 | Business Debt<br>Personal Guarantee | 1080 |
| 12 BCC<br>PO Box 567<br>Pearland, TX  77588 | BCC<br>PO Box 567<br>Pearland, TX  77588<br>832 816-4433 | Business Debt | 3100 |
| 13 Reuter Marketing | Reuter Marketing | Contract Personnel | 1576 |

| | | | |
|---|---|---|---|
| 4201 Fairmont Pkwy<br>Apt 1706<br>Pasadena, TX  77504 | 4201 Fairmont Pkwy<br>Apt 1706<br>Pasadena, TX  77504 | | |
| 14  Nora Elizondo<br>4302 Scone Street<br>Houston, TX  77084 | Nora Elizondo<br>4302 Scone Street<br>Houston, TX  77084 | Contract Personnel | 1572 |
| 15  Felix Murillo<br>11410 Roth<br>Houston, TX  77076 | Felix Murillo<br>11410 Roth<br>Houston, TX  77076 | Contract Personnel | 1458 |
| 16  Waste Management<br>PO Box 660345<br>Dallas, TX  75266-0345 | Waste Management<br>PO Box 660345<br>Dallas, TX  75266-0345<br>716 686-6666 | Business Debt | 890 |
| 17  Office Depot<br>PO Box 689020<br>Des Moines, IA 50368-9020 | Office Depot<br>PO Box 689020<br>Des Moines, IA 50368-9020 | Business Credit | 289 |
| 18  Dees Rug Service<br>8814 Alcott<br>Houston, TX  77080 | Dees Rug Service<br>8814 Alcott<br>Houston, TX  77080 | Business Debt | 250 |
| 19  AT&T Mobility<br>Po Box 650574 | AT&T Mobility<br>Po Box 650574 | Office Cell | 245 |

| | | | |
|---|---|---|---|
| Dallas, TX  75265-0574 | Dallas, TX  75265-0574<br>800 331-0500 | | |
| 20 AT&T<br>PO Box 5001<br>Carol Stream, IL 60197-5001 | AT&T<br>PO Box 5001<br>Carol Stream, IL 60197-5001<br>800 924-1743 | Office Utility | 148 |