IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| RR VALVE, INC., a Texas Corporation | § | CASE NO. 09-33377 |
| | § | (Chapter 11) |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Bobbie G. Bayless, counsel for JOYCE LAZZARA, a party in interest in the above-entitled and numbered cause, hereby gives notice of her appearance in said cause and requests that all notices to parties in interest hereinafter given and copies of all pleadings and reports hereinafter filed in said cause be provided to it at the following address:

        Bobbie G. Bayless
        Bayless & Stokes
        2931 Ferndale
        Houston, Texas  77098

SUBMITTED this 18th day of May, 2009.

        Respectfully submitted,

        BAYLESS & STOKES

        By: /s/ Bobbie G. Bayless
           *Bobbie G. Bayless*
           State Bar No. 01940600
           2931 Ferndale
           Houston, Texas  77098
           Telephone:    (713) 522-2224
           Telecopier:    (713) 522-2218

        *Counsel for Joyce Lazzara*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be forwarded to the parties in interest via electronically by the clerk, on this 18th day of May, 2009.

      /s/ Bobbie G. Bayless
      BOBBIE G. BAYLESS